Daniel Johnson WILLIS, Chairman, Jones County Improvement Association, Plaintiff—Appellant,

and

Jones County Improvement Association, Plaintiff,

v.

TOWN OF TRENTON, NORTH CAROLINA; Sylvia A. Willis, Mayor; Willard O. Lewis, Council Member; AL Riggs, Council Member; Charles Jones, Council Member; C. Glenn Spivey, Town Clerk; Trenton Memorial Association, C. Glenn Spivey as President; Carol M. Hood; Inez Koonce Banks, Defendants—Appellees.

No. 04–1104.

United States Court of Appeals, Fourth Circuit.

Submitted: June 18, 2004.

Decided: July 13, 2004.

**346**

Daniel Johnson Willis, Appellant pro se.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Daniel Johnson Willis appeals the district court's order denying his motion to reconsider its denial of his request to file a complaint. Willis is subject to a pre-filing review order with regard to actions against the Town of Trenton, which was named as a defendant in the present complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Willis v. Town of Trenton,* No. CA–03–7–MC–H (E.D.N.C. Jan. 7, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*